IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DOMINIQUE SIMINGTON**                                                              **PETITIONER**
**REG #44998-509**

v.                                  Case No. 2:25-cv-00210-LPR-BBM

**C. HUMPHREY, Warden**                                                   **RESPONDENT**

## ORDER

On October 27, 2025, Petitioner Dominique Simington, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.[1] The Petition was not accompanied by the required filing fee or a request to proceed *in forma pauperis*. On November 3, 2025, the Court entered an Order directing Mr. Simington to, within thirty (30) days, either pay the filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Mr. Simington that his failure to comply with the Order would result in the dismissal of his Petition without prejudice.[3]

Mr. Simington has not complied with or otherwise responded to the November 3, 2025 Order, and the time for doing so has expired. Accordingly, Mr. Simington's Petition (Doc. 1) is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.

IT IS SO ORDERED this 11th day of December 2025.

                                                      _____
                                                      LEE P. RUDOFSKY
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Petition (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] *Id.* at 2.