**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DOMINIQUE SIMINGTON**                                                          **PETITIONER**
**REG #44998-509**

**v.**                                        **Case No. 2:25-cv-00210-LPR-BBM**

**C. HUMPHREY, Warden**                                                      **RESPONDENT**

<u>**JUDGMENT**</u>

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without

prejudice.

IT IS SO ADJUDGED this 11th day of December 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE